### 16816.  VICKERY *v.* THE STATE.

LUKE, J. The conviction of the defendant was amply authorized by the evidence, and has the approval of the trial judge. There was no error in the charge of the court. The assignments of error upon the court's failure to charge as requested, and upon the excerpts from the charge of the court, are without merit, when the charge is read in its entirety. The defendant has had a legal trial, and for no reason appearing in the record did the court err in overruling the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
>
> DECIDED DECEMBER 15, 1925.

Conviction of manslaughter; from Hart superior court—Judge W. L. Hodges. August 24, 1925.

*B. B. Zellars, J. H. & Emmett Skelton, Tutt & Brown,* for plaintiff in error.

*A. S. Skelton,* solicitor-general, *Callaway & Howard, T. S. Mason,* contra.

---

### 16817.  ADAMS *v.* THE STATE.

BLOODWORTH, J. None of the special grounds of the motion for a new trial shows any reason why a new trial should be granted, and the evidence supports the verdict.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
>
> DECIDED DECEMBER 15, 1925.

Conviction of selling liquor; from city court of Polk county—Judge Tison. August 27, 1925.

*Bunn & Trawick,* for plaintiff in error.

*J. A. Wright,* solicitor, contra.